# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Jarvis Perkins

           Plaintiff,

v.                                       Case No.: 1:22–cv–04603
                                       Honorable Sara L. Ellis

City of Chicago, et al.

           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 2, 2025:

      MINUTE entry before the Honorable Maria Valdez: Settlement conference held on possible global settlement of all Watts–related cases that have not yet settled. Parties reached an impasse and are unable to reach settlement at this time. In an attempt to break this impasse, the Court made a judicial recommendation of global settlement to all parties. The parties have until 3:00 p.m. on July 3, 2025, to advise the Court as to whether the judicial recommendation will be accepted. The parties have been advised by email of all relevant information regarding the judicial recommendation. Mailed notice (men, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at **_www.ilnd.uscourts.gov_**.