**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JARVIS PERKINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 22-cv-4603 |
| | ) | |
| CITY OF CHICAGO, Former CHICAGO | ) | Judge Sara L. Ellis |
| POLICE SERGEANT RONALD WATTS, | ) | |
| Former CHICAGO POLICE OFFICER | ) | |
| KALLATT MOHAMMED, OFFICER | ) | |
| DOUGLAS NICHOLS JR., OFFICER | ) | |
| ROBERT GONZALEZ, OFFICER | ) | |
| ELSWORTH SMITH JR., OFFICER | ) | |
| MANUEL LEANO, OFFICER LAMONICA | ) | |
| LEWIS, PHILIP CLINE, and other as-yet- | ) | |
| unidentified officers of the Chicago Police | ) | |
| Department, | ) | |
| | ) | |
| Defendants. | ) | |

## <u>AGREED ORDER OF DISMISSAL</u>

This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, Plaintiff, Jarvis Perkins, by his attorneys, Loevy & Loevy; Defendant City of Chicago, by its attorney, Mary B. Richardson-Lowry, Corporation Counsel of the City of Chicago; Defendant Philip Cline, by his attorneys, Burns Noland LLP, Special Assistant Corporation Counsel; Defendant Ronald Watts, by his attorneys, Johnson & Bell, Ltd., Special Assistant Corporation Counsel; Defendant Kallatt Mohammed, by his attorneys, Mohan Groble Scolaro, P.C., Special Assistant Corporation Counsel; Defendants Robert Gonzalez, Douglas Nichols, Jr., Manuel Leano, Lamonica Lewis, and Elsworth Smith, Jr., by their attorneys, Hale & Monico, LLC, Special Assistant Corporation Counsel; and the parties have entered into a Release and Settlement Agreement and Stipulation to Dismiss, the Court being otherwise fully advised in the premises, orders as follows:

All the claims of Plaintiff Jarvis Perkins against Defendants City of Chicago, Philip Cline, Ronald Watts, Kallatt Mohammed, Robert Gonzalez, Douglas Nichols, Jr., Manuel Leano, Lamonica Lewis, and Elsworth Smith, Jr., including all claims against unknown, unidentified, and/or unserved officers and agents of the Chicago Police Department, are hereby dismissed without prejudice, to be automatically converted to dismissal with prejudice on June 15, 2026, unless a party has moved to extend that date prior to June 15, 2026. Each side shall bear its own costs and attorneys' fees.

All other court-ordered dates and deadlines are vacated.

12/15/2025

ENTER: _____

HONORABLE SARA L. ELLIS
UNITED STATES DISTRICT JUDGE

Terrence M. Burns
Paul A. Michalik
Daniel M. Noland
Attorneys for Defendant City of Chicago
Special Assistant Corporation Counsel
Burns Noland LLP
311 S. Wacker Drive, Suite 5200
Chicago, Illinois 60606
(312) 982-0090

2